IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LAURA KOZEMPEL,                     :        CIVIL ACTION

       Plaintiff,              :        NO. 10-6839

                                :

    v.                                  :

                                :

GRAND VIEW HOSPITAL,                :

       Defendant.             :


## ORDER

AND NOW, this 30th day of March, 2011, upon consideration of Defendant's Motion to Dismiss or Strike (in Part) the Complaint (Dkt. No. 7), Plaintiff's Opposition thereto (Dkt. No. 8), and Defendant's Reply (Dkt. No. 11), it is hereby ORDERED that the Motion is GRANTED and Plaintiff's demands for compensatory and punitive damages for her FMLA and ADA retaliation claims and her PHRA claims shall be STRICKEN from her Complaint.


**BY THE COURT:**


  **/s/ C. Darnell Jones, II**
  **C. DARNELL JONES, II,   J.**